UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. WAYNE JOHNSON,<br><br>      Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>      Defendant. | Case No. 18-cv-01707-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 4 |

Plaintiff R. Wayne Johnson has not complied with the Clerk's Notices of March 19, 2018, to (i) file a complaint using this Court's form; and (ii) complete an application to proceed *in forma pauperis* ("IFP"). The IFP application lacks a prison trust account statement showing transactions for the last six months.

This federal civil rights action is DISMISSED without prejudice for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, Johnson may move to reopen the action. Any motion to reopen must be accompanied by a complaint that appears on this Court's form and a current prison trust account statement.

The IFP application is DENIED. (Dkt. No. 4.)

The Clerk shall terminate Dkt. No. 4, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 1, 2018

WILLIAM H. ORRICK
United States District Judge